UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-9545 MWF (PVCx)**                                    Date:  August 18, 2021

Title        **Samuel Zarian v. 9025 Sepulveda Boulevard LLC**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

|   Rita Sanchez   |   Not Reported   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

    In light of the Notice of Settlement [39] filed August 18, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for October 18, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

    IT IS SO ORDERED.